| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Pedro Vieira** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6089 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–12463–MBK | |

# Order of Discharge                                                                                         12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Pedro Vieira

<u>5/16/24</u>                                                                **By the court:** <u>Michael B. Kaplan</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 19-12463-MBK |
|---|---|
| Pedro Vieira | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 7 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 3180W | Total Noticed: 124 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pedro Vieira, 168 Sherry Street, Woodbridge, NJ 07095-1720 |
| 518012698 | + | HomeBridge Financial Services, 222 Chastain Meadows Court, Kennesaw, GA 30144-5820 |
| 518012715 | + | O'Brien & Taylor, 175 Fairfield Avenue, P.O. Box 505, Caldwell, NJ 07007-0505 |
| 518012718 | + | Ray And Flan, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 518012717 | + | Ray And Flan, Attn: Bankruptcy, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 520181238 | + | SLOMINS INC, c/o JEROME F O'BRIEN ESQ, PO BOX 505, WEST CALDWELL, NJ 07007-0505 |
| 518012719 | + | Slomin's Inc., 125 Lauman Lane, PO Box 1886, Hicksville, NY 11802-1886 |
| 518041113 | + | Slomin's, Inc., c/o Jerome F. O'Brien, Esq., P.O. Box 505, West Caldwell, NJ 07007-0505 |
| 518012721 | + | South Shore Bank, Attn: Bankruptcy, Po Box 151, Weymouth, MA 02188-0904 |
| 518012722 | + | South Shore Bank, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518012723 | + | State of New Jersey Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 518012728 | + | Syncb/Lord & Taylor, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518015360 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518012760 | | Vital Recovery Services, Inc., P.O. Box 923748, Norcross, GA 30010-3748 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518012637 | + | EDI: PHINAMERI.COM | May 17 2024 00:40:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518012639 | + | EDI: PHINAMERI.COM | May 17 2024 00:40:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518160930 | | Email/PDF: bncnotices@becket-lee.com | May 16 2024 21:13:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518012641 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2024 21:13:53 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518012644 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2024 21:13:47 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518012649 | + | EDI: BANKAMER | May 17 2024 00:40:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518012648 | + | EDI: BANKAMER | May 17 2024 00:40:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 518144041 | + | EDI: BANKAMER2 | May 17 2024 00:40:00 | Bank of America, N.A., P O Box 982284, El Paso, |

Case 19-12463-MBK   Doc 41   Filed 05/18/24   Entered 05/19/24 00:16:33   Desc Imaged
                          Certificate of Notice      Page 4 of 9

| District/off: 0312-3 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 3180W | Total Noticed: 124 |

| | | | | |
|---|---|---|---|---|
| | | | | TX 79998-2284 |
| 518012650 | + | EDI: TSYS2 | May 17 2024 00:40:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518012652 | + | EDI: TSYS2 | May 17 2024 00:40:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 518012656 | | EDI: CAPITALONE.COM | May 17 2024 00:40:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518012654 | + | EDI: CAPITALONE.COM | May 17 2024 00:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518012661 | + | EDI: CAPITALONE.COM | May 17 2024 00:40:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518133247 | + | Email/Text: RASEBN@raslg.com | May 16 2024 20:53:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518012676 | + | EDI: CITICORP | May 17 2024 00:40:00 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 518012675 | + | EDI: CITICORP | May 17 2024 00:40:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518184705 | + | EDI: CITICORP | May 17 2024 00:40:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518012678 | + | EDI: CITICORP | May 17 2024 00:40:00 | Citibank/RadioShack, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518012677 | + | EDI: CITICORP | May 17 2024 00:40:00 | Citibank/RadioShack, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518012679 | + | EDI: CITICORP | May 17 2024 00:40:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518012680 | + | EDI: CITICORP | May 17 2024 00:40:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518012682 | + | EDI: CITICORP | May 17 2024 00:40:00 | Citicard, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518012681 | + | EDI: CITICORP | May 17 2024 00:40:00 | Citicard, General Correspondence, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 518012684 | + | EDI: CITICORP | May 17 2024 00:40:00 | Citicards, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518012683 | + | EDI: CITICORP | May 17 2024 00:40:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518012686 | + | EDI: WFNNB.COM | May 17 2024 00:40:00 | Comenity Bank/Pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 518012685 | + | EDI: WFNNB.COM | May 17 2024 00:40:00 | Comenity Bank/Pier 1, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518012688 | + | EDI: WFNNB.COM | May 17 2024 00:40:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 518012687 | | EDI: WFNNB.COM | May 17 2024 00:40:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 518012689 | + | Email/PDF: creditonebknotifications@resurgent.com | May 16 2024 21:13:48 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518012690 | + | Email/PDF: creditonebknotifications@resurgent.com | May 16 2024 21:24:47 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518012692 | | EDI: DISCOVER | May 17 2024 00:40:00 | Discover Financial, Po Box 15316, Wilmington, |

| ID | Flag | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518022208 | | EDI: DISCOVER | May 17 2024 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518012691 | + | EDI: DISCOVER | May 17 2024 00:40:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518012693 | | Email/Text: bankruptcycourts@equifax.com | May 16 2024 20:53:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518012694 | ^ | MEBN | May 16 2024 20:50:34 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518012696 | | Email/Text: BNSFN@capitalsvcs.com | May 16 2024 20:53:00 | First Nataional Bank/Legacy, 500 East 60th St North, Sioux Falls, SD 57104 |
| 518012695 | | Email/Text: BNSFN@capitalsvcs.com | May 16 2024 20:53:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 518012697 | + | Email/Text: compliance@homebridge.com | May 16 2024 20:54:00 | HomeBridge Financial Services, Attn: Bankruptcy, 194 Wood Avenue South, Ninth Floor, Iselin, NJ 08830-2761 |
| 518012700 | + | EDI: LCIICSYSTEM | May 17 2024 00:40:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 518012699 | + | EDI: LCIICSYSTEM | May 17 2024 00:40:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 518012701 | | EDI: IRS.COM | May 17 2024 00:40:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518012665 | | EDI: JPMORGANCHASE | May 17 2024 00:40:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518012670 | | EDI: JPMORGANCHASE | May 17 2024 00:40:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 518173776 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2024 21:13:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518185722 | ^ | MEBN | May 16 2024 20:51:42 | Lakeview Loan Servicing, LLC by its, servicing agent M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, New York 14240-0840 |
| 518012702 | + | EDI: LENDNGCLUB | May 17 2024 00:40:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 518012705 | + | EDI: LENDNGCLUB | May 17 2024 00:40:00 | LendingClub, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 518012708 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 16 2024 20:53:00 | Loancare Servicing Ctr, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518012710 | | Email/Text: camanagement@mtb.com | May 16 2024 20:54:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 518012709 | | Email/Text: camanagement@mtb.com | May 16 2024 20:54:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518074250 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 16 2024 21:03:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518012712 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 16 2024 21:13:54 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518012711 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 16 2024 21:02:56 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518012714 | + | Email/Text: bnc@nordstrom.com | May 16 2024 20:53:51 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 518012713 | + | Email/Text: bnc@nordstrom.com | May 16 2024 20:53:33 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, |

| | | | |
|---|---|---|---|
| Case 19-12463-MBK | Doc 41 | Filed 05/18/24   Entered 05/19/24 00:16:33 | Desc Imaged |
| | Certificate of Notice | Page 6 of 9 | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 7 |
| Date Rcvd: May 16, 2024 | Form ID: 3180W | Total Noticed: 124 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Englewood, CO 80155-6555 |
| 518184229 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518184241 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Cheapoair, POB 41067, Norfolk VA 23541 |
| 518184351 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 518184291 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 518184313 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 518184309 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 518184339 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518709916 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518709917 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518184337 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518184280 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Ashley Homestore, POB 41067, Norfolk VA 23541 |
| 518184289 | EDI: PRA.COM | May 17 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Banana Republic Visa, POB 41067, Norfolk VA 23541 |
| 518195388 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 16 2024 20:53:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518012727 | + EDI: SYNC | May 17 2024 00:40:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518012726 | + EDI: SYNC | May 17 2024 00:40:00 | Syncb/cheapoair Plcc, Po Box 965022, Orlando, FL 32896-5022 |
| 518012725 | + EDI: SYNC | May 17 2024 00:40:00 | Syncb/cheapoair Plcc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518012729 | + EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518012730 | + EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518012731 | + EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518012732 | + EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 518012733 | + EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518012734 | + EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 518012735 | + EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Bryant Corp, Attn: Bankruptcy, |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 965060, Orlando, FL 32896-5060 |
| 518012736 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Bryant Corp, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518012737 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 518012738 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 518012740 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 518012739 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518012742 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 518012741 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518012743 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/PC Richard, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518012744 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/PC Richard, Po Box 965036, Orlando, FL 32896-5036 |
| 518012746 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 518012745 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518012747 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518012750 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518012753 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 518012754 | + | EDI: SYNC | May 17 2024 00:40:00 | Synchrony/Ashley Furniture Homestore, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 518157183 | + | Email/Text: bncmail@w-legal.com | May 16 2024 20:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518077803 | + | EDI: CBSTDR | May 17 2024 00:40:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518012756 | + | EDI: WTRRNBANK.COM | May 17 2024 00:40:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518012755 | | EDI: WTRRNBANK.COM | May 17 2024 00:40:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 518012758 | + | Email/Text: BK@servicingdivision.com | May 16 2024 20:53:00 | The Money Source, 500 S Broad St, Meriden, CT 06450-6755 |
| 518012757 | + | Email/Text: BK@servicingdivision.com | May 16 2024 20:53:00 | The Money Source, Attn: Bankruptcy, 500 South Broad St, Ste 100a, Meriden, CT 06450-6755 |
| 518012759 | ^ | MEBN | May 16 2024 20:51:39 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518012760 | ^ | MEBN | May 16 2024 20:53:14 | Vital Recovery Services, Inc., P.O. Box 923748, Norcross, GA 30010-3748 |
| 518012763 | + | Email/Text: vci.bkcy@vwcredit.com | May 16 2024 20:54:00 | Volkswagen Credit, Inc, 2333 Waukegan Rd, Deerfield, IL 60015-5508 |
| 518012761 | + | Email/Text: vci.bkcy@vwcredit.com | | |

Case 19-12463-MBK    Doc 41    Filed 05/18/24    Entered 05/19/24 00:16:33    Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 3180W | Total Noticed: 124 |

| Recip ID | | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 16 2024 20:54:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |
| 518012765 | + | EDI: BLUESTEM | May 17 2024 00:40:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 518012766 | + | EDI: BLUESTEM | May 17 2024 00:40:00 | Webbank/Gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 518124849 | | EDI: WFFC2 | May 17 2024 00:40:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518012768 | + | EDI: WFFC2 | May 17 2024 00:40:00 | Wells Fargo/Bob's Discount Furniture, Po Box 14517, Des Moines, IA 50306-3517 |
| 518012767 | + | EDI: WFFC2 | May 17 2024 00:40:00 | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 111

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518012638 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518012640 | *+ | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518163139 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518012642 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518012643 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518012645 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518012646 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518012647 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 518012651 | *+ | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518012653 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 518012660 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518012663 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518012664 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518012655 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518012657 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518012658 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518012659 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518012662 | *+ | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518012666 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518012667 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518012668 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518012669 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518012671 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 518012672 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 518012673 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 518012674 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 518012703 | *+ | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 518012704 | *+ | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 518012706 | *+ | LendingClub, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 518012707 | *+ | LendingClub, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 518012716 | *+ | O'Brien & Taylor, 175 Fairfield Avenue, P.O. Box 505, Caldwell, NJ 07007-0505 |
| 518728392 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

| District/off: 0312-3 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 3180W | Total Noticed: 124 |

| | | |
|---|---|---|
| | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518728393 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518012720 | *+ | Slomin's Inc., 125 Lauman Lane, PO Box 1886, Hicksville, NY 11802-1886 |
| 518012724 | *+ | State of New Jersey Division of Taxation, Revenue Processing Center, PO Box 111, Trenton, NJ 08645-0111 |
| 518012748 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518012749 | *+ | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518012751 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518012752 | *+ | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 518012764 | *+ | Volkswagen Credit, Inc, 2333 Waukegan Rd, Deerfield, IL 60015-5508 |
| 518012762 | *+ | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |

TOTAL: 0 Undeliverable, 41 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor VW Credit  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Pedro Vieira ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Lakeview Loan Servicing LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Lakeview Loan Servicing  LLC by its Servicing agent M&T Bank mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Lakeview Loan Servicing LLC phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Richard Gerbino | on behalf of Creditor Lakeview Loan Servicing  LLC by its Servicing agent M&T Bank rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor Lakeview Loan Servicing  LLC by its Servicing agent M&T Bank richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10